IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY CARVER,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>   Defendant. | No.  2:21-CV-1082-KJM-DMC<br><br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint request, ECF No. 25, to appear remotely at the scheduling conference set for August 16, 2022, at 1:30 p.m., before the undersigned in Redding, California.

   In the joint request, defense counsel states that good cause exists to allow a remote appearance because counsel is scheduled for a mediation in another matter on August 16, 2022, and co-counsel will be out of town but can appear remotely.  The Court notes that defense counsels' office is located in San Francisco, California.  Plaintiff's counsel asks that he be allowed to appear remotely if defense counsels' request is granted.  Plaintiff's counsel offers no other justification for his request to appear remotely.  The Court notes that Plaintiff's counsel's office is located in Chico, California.

1  The Court finds that defense counsel has shown good cause for a remote
2  appearance based on conflicts on August 16, 2022, as well as the distance between counsels'
3  office in San Francisco and the courthouse in Redding.  While Plaintiff's counsel, however, has
4  shown less compelling cause for a remote appearance from Chico, given the occurrence of a
5  remote appearance by the other party to this action, the Court will grant leave for both parties to
6  appear via CourtCall here. Plaintiff's counsel is reminded that such accommodation will not be
7  afforded in the future in the absence of compelling cause.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1. The joint request, ECF No. 25, is granted, and both parties are directed
10  to arrange for appearance via CourtCall.
11
12  Dated:  August 11, 2022
13  _____
    DENNIS M. COTA
14  UNITED STATES MAGISTRATE JUDGE